Order Withdrawing Violation Petition

RECEIVED
JUL - 7 2021
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

FOR THE

New Jersey

UNITED STATES OF AMERICA

v.

Aazim Love

Crim. No. 20-00409-001

On December 16, 2020, the undersigned officer submitted a Petition for Warrant or Summons for Offender Under Supervision (Probation Form 12C), when the offender fell back into non-compliance by using illegal substances, failure to work, and speaking to his co-defendant. Based on repeated use of marijuana a summons was recommended. Your Honor signed said summons on December 16, 2020, and an Initial Appearance was scheduled for January 6, 2021. Mr. Love was given some time to get back into compliance or face further Court action.

The probation office has since confirmed that Mr. Love completed his treatment program successfully, enrolled in a GED program, and is a full-time parent. He has submitted only clean urine tests and has been in compliance with all of his conditions of supervised release. By all accounts, Mr. Love has shown he can stop smoking marijuana and take the steps necessary to further his education.

Therefore, it is the recommendation of the probation office that the Court grant our request to withdraw the violation petition, and the proceedings in this case be terminated.

Respectfully submitted,

*Bethany Credelsa*

Bethany Crede
*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the violation petition is withdrawn and the proceedings in the case be terminated.

Dated this 7th day of July, 20 21.

*Noel L. Hillman*

The Honorable Noel L. Hillman
United States District Judge