PROB 12B
(03/2026)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Aazim Love, Jr.

Cr.: 20-00409-001
PACTS #: 3821383

Name of Sentencing Judicial Officer: THE HONORABLE RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE
(Assigned to the Hon. Honorable Renée Marie Bumb On April 16, 2025)

Date of Original Sentence: 04/23/2018

Original Offense: Count One: Conspiracy to Make a False Statement in Acquiring a Firearm, 18 U.S.C. § 371, a Class D Felony
Count Two: Making a False Statement in Acquiring a Firearm, Aid and Abetting, 18 U.S.C. §§ 922(a)(6) and (2), a Class C Felony

Original Sentence: Cts. One and Two: 27 months imprisonment on each Count, to be served concurrently, 3 years supervised release on each Count, concurrent

Revocation Sentence: (05/14/2025): 10 months imprisonment on Counts One and Two, to be served concurrently; 2 years supervised release on Counts One and Two, concurrent

Special Conditions: Mental Health Treatment, Consent to Search

Type of Supervision: Supervised Release Date Supervision Commenced: 02/13/2026

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**DRUG TESTING AND TREATMENT**

You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

**CAUSE**

*The individual under supervision has violated the mandatory supervision condition which states 'While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.*

On March 11, 2026, the Probation Office submitted a Report on Individual Under Supervision that reflects Love submitted a urine sample on February 18, 2026, which tested positive for marijuana. Love also admitted that he smoked marijuana one week prior while in the custody of the Bureau of Prisons (BOP). Love was released from the BOP on February 13, 2026, to the residential reentry center in Bridgeton, New Jersey, as a condition of New Jersey State Parole. On March 12, 2026, the Court ordered that no formal court action would be taken at that time and the notice shall serve as an official written reprimand.

On May 12, 2026, while residing at the residential reentry center in Newark, New Jersey, as a condition of state parole, Love submitted to a drug test for which the results were presumptively positive for marijuana. Love admitted to smoking marijuana within the last week. The Probation Office reminded Love of his conditions of supervision and reiterated that use of marijuana is prohibited.

On August 11, 2026, the undersigned probation officer met with Love at his residence in Vineland, New Jersey, at which time Love submitted to a urine drug screen. The results were presumptively positive for marijuana and cocaine. Although Love admitted that he used marijuana two days earlier, he denied using cocaine or any "hard drugs." On September 2, 2026, the Probation Office received the laboratory report confirming the sample tested positive for marijuana and cocaine.

On September 3, 2026, the Probation Office confirmed with his New Jersey State Parole Officer that Love is drug tested monthly, that he is currently on location monitoring with the use of GPS, and he is required to go to a Community Resource Center for mental health treatment and employment assistance. New Jersey State Parole confirmed all of Love's drug test results with their office have been negative.

On September 15, 2026, Mr. Love signed the Waiver of Hearing to Modify Conditions of Supervised Release. Therefore, the Probation Office respectfully requests the Court modify Love's special conditions to include the drug testing and treatment requirement.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: RICHARD E. ANTONISON
U.S. Probation Officer

/ rea

APPROVED:

10/21/26

ANTHONY M. STEVENS Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

- [ ] The Extension of Supervision as Noted Above
- [x] The Modification of Conditions as Noted Above (as recommended by the Probation Office)
- [ ] No Action
- [ ] Other

Signature of Judicial Officer

October 27, 2026
Date

PROB 49
(03/2026)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**DRUG TESTING AND TREATMENT**

You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

Witness: [signature]
U.S. Probation Officer
Richard E. Antonison

Signed: Aazim Love
Probationer or Supervised Releasee
Aazim Love, Jr.

9/15/26
Date